**STATE of Missouri, Respondent,**

v.

**Doug McKEE, Appellant.**

**No. WD 45124.**

Missouri Court of Appeals,
Western District.

April 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 3, 1992.

Harry D. Bozoian, Asst. Public Defender, Moberly, for appellant.

David A. Masters, Pros. Atty., Macon, for respondent.

Before LOWENSTEIN, C.J., and HANNA and SMART, JJ.

### ORDER

PER CURIAM:

The defendant appeals from a conviction of receiving stolen property, a class C felony, § 570.080, RSMo 1986 and sentence of a year in jail and $400 fine. The judgment is affirmed. Rule 30.25(b).

J. Gregory Mermelstein, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.